Attention to the clerk of the court Attention

PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 6-9-23 (DATE) FOR MAILING
STAFF INITIAL ___ I/M INITIAL KS

Case no: 3:23-cv-702-BJD

FILED June 8, 2023

Nobody I am asking in good faith to bring this Attention to A Judge or F.B.I My life is in danger I am writing again another accident happen to me again on June 6, 2023, and June, 7, 2023 officers keep retaliating on me The Warden is not do his Job by protecting me He is not keeping officers out of my cell, I am asking in good faith to bring this to someone in Aurthrority who can Summoned a Judge to order all the accidents I been in all the use of forces videos stored all the complaints I then complain about stored video and Audio, Summoned the Warden at columbia to tell him to keep officers out of my cell without any Camera, I have been Jump on, punch and punch and punch in my eye and head my tooth is chip now, i'm in fear for my life I dont know who to write cuse I dont know who stand for Justice verses the Warden, Asst. Warden, and Secretary of Department of corrections Dont want to do they Job and investigate to what im saying is true facts, these officers keep working around me who already hurt me very bad, how can you allow this to continue to happen to me, the only way is that the Warden is not taking none of this serious at all I'm being hunted down like a animal with corrupt officers involve walking around acting like they aint done nothing to me trying to cover up all my accidents camera footage all of them need to be stored in a safe place, im asking in good faith for these officers to keep them from working by me

2023 JUN 14 AM 10:09
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FOR LEGAL USE ONLY